UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x    08 CV 02444 (RMB)
FRANK ENG,

                Plaintiff,

        v.                                   **FEDERAL RULE 7.1**
                                           **DISCLOSURE**
ONE SOURCE PRINTING & GRAPHICS, INC. AND SEAN  **STATEMENT**
BURKE,

                Defendants.
------------------------------------------------------------------x

      Pursuant to Federal Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendants, One Source Printing & Graphics, Inc., certifies that the following are parent corporations or publicly held corporations that own 10% or more of its stock: NONE

DATED:
        April 8, 2008
        New York, New York

                                            HOEY, KING, TOKER & EPSTEIN
                                            Attorneys for Defendant
                                            **One Source Printing & Graphics, Inc.**
                                            55 Water Street, 29th Floor
                                            New York, New York 10041-2899
                                            (212) 612-4398

                                            By: _____
                                                 Danielle M. Dandrige

TO:
Derek Todd Smith
Akin & Smith, LLC
Attorneys for Plaintiff
305 Broadway, Suite 1101
New York, New York 10007
(212) 587-0760

## DECLARATION OF SERVICE

The undersigned, an attorney admitted to practice in the courts of New York State and the Southern District of New York, shows: that she is employed in the office of Hoey, King, Toker & Epstein, and affirms this statement to be true under the penalties of perjury, pursuant to 28 U.S.C. § 1746:

That on the 8th day of April 2008 she served a copy of the annexed Federal Rule 7.1 Disclosure Statement

Upon:  Derek Todd Smith
       AKIN & SMITH, LLC.
       Attorneys for Plaintiff
       300 Broadway, Suite 1101
       New York, NY 10007

being the address within the State theretofore designated by them for that purpose, by causing to be deposited a copy, of the same, in a postpaid First Class Mail properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York,

Dated: New York, New York
       April 8, 2008

Danielle M. Dandrige (DD 6635)

Index No.:  08 CV 02444 (RMB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANK ENG,

    Plaintiff,

against

ONE SOURCE PRINTING & GRAPHICS, INC. AND SEAN BURKE,

    Defendants.

---

### FEDERAL RULE 7.1 DISCLOSURE STATEMENT

---

HOEY, KING, TOKER & EPSTEIN
Attorneys for Defendants
**One Source Printing & Graphics, Inc.**
Office and Post Office Address
55 Water Street, 29th Floor
New York, New York 10041-2899
(212) 612-4200