# HOEY, KING, TOKER & EPSTEIN

55 Water Street • 29th Floor
New York, New York 10041
(212) 612-4200
FAX (212) 612-4284

Not a Partnership or Professional Corporation

PATRICK T. HOEY
HAROLD KENNETH KING, JR.
LEONARD TOKER
RHONDA L. EPSTEIN
RICHARD C. PREZIOSO
DAVID S. KASDAN
CHRISTINE M. ARCIOLD
DAVID P. FEEHAN

GREGORY WALTHALL
GLEN H. PARKER

ANGELA P. PENNABERG
JEFFREY D. GREENBERG
PAUL A. TUMBLESON
EDGAR MATOS
REGINE DELY-LAZARD
JENNIFER L. BUDNER
DANIELLE M. DANDRIGE
LAUREN S. YANG
RICHARD J. FREIRE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/08

*MEMO ENDORSED*
P2

April 23, 2008

**VIA ECF Filing and First Class Mail**
Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street - Courtroom 706
New York, New York 10007

Re:   **ENG V. ONE SOURCE PRINTING & GRAPHICS, INC., et al**
      Index No.: 08 CV 02444 (RMB)

Dear Judge Berman:

I am an attorney with Hoey King Toker & Epstein and we represent defendant One Source Printing in the above captioned matter.[1] I write to request an adjournment of the scheduling conference that is currently scheduled for May 1, 2008.

The instant case was brought by plaintiff pursuant to 29 U.S.C. §§ 2601 ("FMLA") in which plaintiff claims that he was terminated from One Source for taking FMLA leave. Plaintiff also bring a state law claim of defamation in which he alleges that the individually named defendant Sean Burke made defamatory statements about plaintiff.

The scheduling conference is currently scheduled to take place on May 1, 2008. I, however, am scheduled to give a presentation in San Diego during the week of April 28, 2008. I will also be away on vacation from May 27 to June 2, 2008. Plaintiff's counsel has been informed of and has consented to this request for an adjournment. No previous requests have been made.

Accordingly, I respectfully request that the scheduling conference be adjourned from May 1st to June 4th or to a date and time more convenient for the Court. Thank you for your consideration of this request.

---

[1] Upon information and belief, the individually named defendant Sean Burke has not yet been served in this matter.

Respectfully submitted,

Danielle M. Dandrige

cc:

Derek Smith, Esq.
Akin & Smith, LLC

> Conference adjourned to
> 6/16/08 @ 9:00 AM
> on Consent
>
> SO ORDERED:
> Date: 4/24/08
> Richard M. Berman, U.S.D.J.