UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ENG            Plaintiff(s),

-v-

One Source     Defendant(s).
-----------------------------------------------------------X

Case Management Plan

08 CV. 02444 (RMB)

DATE FILED: 6/17/08

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by July 16, 2008

(ii) Amend the pleadings by August 15, 2008

(iii) All discovery to be expeditiously completed by October 16, 2008

(iv) Consent to Proceed before Magistrate Judge  NO

(v) Status of settlement discussions  10/16/08 @ 10:30 with principals

Sections vi through xi will be set at conference with the Court.

(vi) Motions

(vii) Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix) Final Pre-Trial Conference

(x) Trial

(xi) Other

SO ORDERED: New York, New York
6/16/08

RMB
Hon. Richard M. Berman, U.S.D.J.