
602372

| | |
|---|---|
| U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK | INDEX NO: 2444/08<br>FILE DATE: 3/11/2008<br>ATTY: AKIN & SMITH<br>305 BROADWAY/STE. 1101<br>NEW YORK, NY 10007 |
| STATE OF NEW YORK: COUNTY OF   NEW YORK | EPS No. 579981<br>Attorney File No.<br>Batch No. 106231 |

**FRANK ENG**                                                                                    **Plaintiff(s)**

**- against -**

**ONE SOURCE PRINTING & GRAPHICHS, INC., ET AL**                      **Defendant(s)**

## STATE OF NEW YORK, COUNTY OF QUEENS: SS:

ROBERT CRANDALL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2008 at 12:46PM at ONE SOURCE PRINTING, 108 WEST 39TH STREET, NEW YORK, NY 10018   39TH FLOOR deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on SEAN BURKE. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

## SUITABLE AGE PERSON
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person. By delivering a true copy of the thereof to and leaving with ANTHONY COLTON, CO-WORKER a person of suitable age and discretion at ONE SOURCE PRINTING, 108 WEST 39TH STREET, NEW YORK, NY 10018   39TH FLOOR, the said premises being the defendants Dwelling Place within the State of New York.

## MAILING First Class Mail
Deponent completed service under the last two sections by depositing 1 Copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION to SEAN BURKE at ONE SOURCE PRINTING, 108 WEST 39TH STREET, NEW YORK, NY 10018   39TH FLOOR in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on 3/26/2008 via First Class Mail.The mailing was made to the address bearing 'PERSONAL & CONFIDENTIAL' and not indicating 'LEGAL ACTION'.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

| Approximate age: 45 | Approximate weight: 160 | Approximate height: 5'11" |
|---|---|---|
| Color of skin: WHITE | Color of hair: WHITE | Sex: M |

Military Service ☒ Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  MAR 3 1 2008

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU6016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

NP

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**